IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 17-mj-90126-GEB |
| VS. | |
| THOMAS J. BOYER<br>IDAHO FALLS, ID | |

## INFORMATION

The United States Attorney charges that:

### COUNT I

On or about September 7, 2017, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, THOMAS J. BOYER, did knowingly and intentionally interfere with law enforcement by falsely reporting information to a law enforcement officer, knowing that such information was false and intending to influence, impede, or obstruct such officer's duty, in violation of Title 18 United States Code § 13 and K.S.A. 21-5904(a)(1)(C). **(Interference with Law Enforcement) (Class A Misdemeanor)**

### COUNT II

On or about September 7, 2017, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, THOMAS J. BOYER, did unlawfully go upon any military installation for a purpose prohibited by law or lawful regulation; or was found within any such installation after having been removed there from or ordered not to reenter by any officer or person in command or charge thereof, in violation of Title 18, U.S.C., Section 1382. **(Criminal Trespass, Class B Misdemeanor)**

THOMAS E. BEALL
Acting United States Attorney
District of Kansas

*/s/ Robin Graham*
ROBIN A. GRAHAM
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed   10/24/17

*/s/ Gwynne E. Birzer*
HON. GWYNNE E. BIRZER
U.S. Magistrate Judge